UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELANIE POLLIS, | : |
| Plaintiff, | : Civil Action No. 09-3009 (SRC) |
| v. | : **OPINION & ORDER** |
| BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF SUSSEX et al., | : |
| Defendants. | : |

**CHESLER, U.S.D.J.**

This matter comes before this Court on the motion for reconsideration by Defendant Allison Murray, seeking reconsideration of this Court's Opinion and Order entered on June 5, 2014. For the reasons stated below, the motion will be denied.

"A court may grant a motion for reconsideration if the moving party shows one of the following: (1) an intervening change in the controlling law; (2) the availability of new evidence that was not available when the court issued its order; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice." See Banda v. Burlington County, 263 Fed. Appx. 182, 183 (3d Cir. 2008) (citing Max's Seafood Café v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999)); L. Civ. R. 7.1(i).

Murray does not argue that any of these conditions has been met. Rather, Murray repeats arguments made in her original motion papers. Murray argues that no reasonable jury could find Defendant Murray liable based on the statements of inmate Denise Sebastiano; this Court considered that issue and does not agree. Defendant Murray points to conflicting evidence, but

the existence of conflicting evidence justifies the denial of a motion for summary judgment. Defendant Murray asserts that "this Court did not address the fact that Plaintiff has no expert to opine on what action, if any, Defendant Murray should have taken. . ." (Def.'s Br. 6.) Defendants raised this argument at summary judgment only in regard to a potential Monell claim against the entity defendants; there is no Monell claim against Murray.  Defendant Murray has not demonstrated that this Court has overlooked anything or erred.  The motion for reconsideration will be denied.

For these reasons,

**IT IS** on this 16th day of July, 2014

**ORDERED** that Defendant's motion for reconsideration (Docket Entry No. 147) is **DENIED**.

   /s Stanley R. Chesler  
STANLEY R. CHESLER  
United States District Judge